# 𝔖taunton

CLINCHFIELD RAILROAD COMPANY V. MULLINS, BY ETC.

September 20, 1934.

Rehearing Refused.

*W. H. Rouse,* for the plaintiff in error.

*A. A. Skeen, W. B. Phipps* and *William H. Werth,* for the defendant in error.